FORM 8A. Entry of Appearance                                    Form 8A (p.1)
                                                                  July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2023-1997

**Short Case Caption:** AMP Plus, Inc. v. DMF, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

DMF, Inc.

| **Principal Counsel:** David W. Long | Admission Date: June 1996 |
|---|---|

Firm/Agency/Org.: Ergoniq, LLC

Address: 8200 Greensboro Dr., Suite 900, McLean, Virginia 22101

| Phone: (202) 847-6853 | Email: longdw@ergoniq.com |
|---|---|
| **Other Counsel:** Ben M. Davidson | Admission Date: Feb. 2008 |

Firm/Agency/Org.: Davidson Law Group, ALC

Address: 4500 Park Granadad Blvd, Suite 202, Calabasas, California 91302

| Phone: (310) 473-2300 | Email: ben@dlgla.com |
|---|---|

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 6/23/23          Signature: *David W. Long*

                       Name: David W. Long

Save for Filing

**FORM 8A. Entry of Appearance**  Form 8A (p.2)
July 2020

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Kevin B. Laurence | Admission Date: Apr. 1993 |
|---|---|
| Firm/Agency/Org.: Laurence & Phillips IP Law | |
| Address: 2200 Pennsylvania Avenue, N.W., 4th Floor East, Washington, DC 20037 | |
| Phone: (202) 558-6180 | Email: klaurence@lpiplaw.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |