NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMP PLUS, INC., dba ELCO Lighting,**
*Appellant*

**v.**

**DMF, INC.,**
*Appellee*

---

2023-1997

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-01094.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of DMF, Inc.'s unopposed out of time motion to extend by 1-day the time to file its corrected response brief,

IT IS ORDERED THAT:

The motion is granted. DMF's response brief, ECF No. 22-2 is accepted for filing.

FOR THE COURT

December 19, 2023
Date

Jarrett B. Perlow
Clerk of Court