**CORRECTED**
**2023-1997**

---

# United States Court of Appeals for the Federal Circuit

---

**AMP PLUS, INC., dba ELCO Lighting,**
*Appellant*

**v.**

**DMF, INC.,**
*Appellee*

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-01094

---

## APPELLANT'S CONSENTED MOTION FOR A 14-DAY EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF

Guy Ruttenberg
Bruce D. Kuyper
Ruttenberg IP Law,
A Professional Corporation
1801 Century Park East
Suite 1920
Los Angeles, CA 90067
(310) 627-2270
guy@ruttenbergiplaw.com
bruce@ruttenbergiplaw.com
*Attorneys for Petitioner-Appellant*

December 27, 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2023-1997

**Short Case Caption** AMP Plus, Inc. v. DMF, Inc.

**Filing Party/Entity** AMP Plus, Inc. d/b/a ELCO Lighting

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.
2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
4. Please do not duplicate entries within Section 5.
5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 12/27/2023 Signature: /s/ Bruce D. Kuyper

Name: Bruce D. Kuyper

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br>☑ None/Not Applicable |
| AMP Plus, Inc. dba ELCO Lighting | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| Buchalter, a Professional Corporation | Kari L. Barnes | Daniel A. Crowe |
| J. Rick Taché | Bryan Cave Leighton Paisner LLP | Erin A. Kelly |
| Roger L. Scott | Robert E. Boone | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below) ☐ No ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, Appellant AMP Plus, Inc. d/b/a ELCO Lighting ("ELCO") respectfully moves for a **14-day** extension of time to file its reply brief. ELCO's reply brief is presently due on **January 2, 2024**. If this motion is granted, the reply brief will be due on **January 16, 2024**. **No extension has previously been granted**, as this is ELCO's first motion for an extension of time to file its reply brief.

Pursuant to Federal Rule of Appellate Procedure 27(a)(2)(A), the grounds for the motion are that good cause exists to grant the requested extension because (1) due to the 28-day extension granted for Appellee DMF, Inc. to file its brief on December 11, 2023 (ECF No. 19), the 21-day period for ELCO to file its reply brief includes two Federal holidays (Christmas Day and New Year's Day), (2) before DMF's extension request, the undersigned counsel for ELCO had scheduled and paid for a vacation during the 21-day period, and (3) both counsel of record for ELCO in this appeal are occupied during the 21-day period with preliminary injunction briefing in an unrelated matter that arose after DMF's extension request.

Pursuant to Federal Circuit Rule 26(b)(1), this motion was filed at least seven days before the date sought to be extended.

Pursuant to Federal Circuit Rule 27(a)(2), ELCO represents that its counsel has discussed this motion with Appellee DMF, Inc.'s counsel, who informed ELCO's counsel that DMF consents.

Date: December 27, 2023

Respectfully submitted,

Ruttenberg IP Law,
A Professional Corporation

*/s/ Bruce D. Kuyper*
Guy Ruttenberg
Bruce D. Kuyper

*Attorneys for Appellant*
*AMP Plus, Inc.*

## CERTIFICATE OF COMPLIANCE

## WITH TYPE-VOLUME LIMITATIONS

The foregoing document complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it has been prepared using a proportionally-spaced typeface and there are 244 words in the document.

Date: December 27, 2023

*/s/ Bruce D. Kuyper*
Bruce D. Kuyper