# United States Court of Appeals for the Federal Circuit

---

**AMP PLUS, INC., DBA ELCO LIGHTING,**
*Appellant*

**v.**

**DMF, INC.,**
*Appellee*

---

2023-1997

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-01094.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

March 19, 2025
Date

Jarrett B. Perlow
Clerk of Court